IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
APR 27 2022
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **INDICTMENT** |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:22 CR 215 |
| v. ) | |
| ) | Title 21, United States Code, |
| ERIC JAMES MIRANDA, ) | Sections 841(a)(1), (b)(1)(A), |
| Defendant. ) | (b)(1)(C) and 846; Title 18, |
| ) | United States Code, Sections |
| ) | 922(g)(1) and 924(a)(2) |

**JUDGE BOYKO**

COUNT 1
(Conspiracy to Possess with Intent to Distribute Fentanyl, 4-ANPP, and Methamphetamine,
21 U.S.C. § 846)

The Grand Jury charges:

1. From on or about June 3, 2021 to on or about July 17, 2021, in the Northern District of Ohio, Eastern Division, Defendant ERIC JAMES MIRANDA, and others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other and with others known and unknown to the Grand Jury, to possess with intent to distribute 400 grams or more of a mixture an substance containing a detectable amount of fentanyl and 4-ANPP, Schedule II controlled substances, and 12.59 grams of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A), and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT 2
(Possession with Intent to Distribute Fentanyl and 4-ANPP,
21 U.S.C. § 841(a)(1) and (b)(1)(A))

The Grand Jury further charges:

2. On or about July 17, 2021, in the Northern District of Ohio, Eastern Division, Defendant ERIC JAMES MIRANDA did knowingly and intentionally possess with intent to distribute 400 grams or more of a mixture and substance containing a detectable amount of fentanyl and 4-ANPP, Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 3
(Possession with Intent to Distribute Methamphetamine,
21 U.S.C. § 841(a)(1) and (b)(1)(C))

The Grand Jury further charges:

3. On or about July 17, 2021, in the Northern District of Ohio, Eastern Division, Defendant ERIC JAMES MIRANDA did knowingly and intentionally possess with intent to distribute 12.59 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 4
(Possession of Firearms by Convicted Felon,
18 U.S.C. §§ 922(g)(1) and 924(a)(2))

The Grand Jury further charges:

4. On or about July 17, 2021, in the Northern District of Ohio, Eastern Division, Defendant ERIC JAMES MIRANDA knowing that he has been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit: Possession of a Controlled Substance (F-3), Case Number 2010CR10994, in the Bexar County, Texas 399th Criminal District Court on or

about August 7, 2018 did knowingly possess in and affecting interstate commerce, a firearm, that is, a SCCY model CPX-2 9mm pistol, bearing serial number C001219, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE

The Grand Jury further charges:

5. For the purpose of alleging forfeiture pursuant to 21 U.S.C. § 853; 18 U.S.C. § 924(d)(1); and 28 U.S.C. § 2461(c), the allegations of Counts 1 through 4 are incorporated herein by reference. As a result of the foregoing offenses, Defendant ERIC JAMES MIRANDA shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and any and all firearms and ammunition involved in or used in the commission of such violations; including, but not limited to, the following: a SCCY model CPX-2 9mm pistol, bearing serial number C001219.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002